AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Charles Burley
_____
Plaintiff

v.

Warden Rafiel Williams, Dr. Conoly/Conlin,
William Joyce, and Dr. Hershey
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06-701

I, Charles Burley , declare that I am the (check appropriate box)

(X) Petitioner/Plaintiff/Movant   ( ) Other

FILED NOV 20 2006 BD scanned U.S. DISTRICT COURT DISTRICT OF DELAWARE

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   (Yes)   ( ) No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Howard R. Young Correctional Institution

   **Inmate Identification Number (Required):** 141273

   Are you employed at the institution?  No   Do you receive any payment from the institution?  No

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   ( ) Yes   (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   7/4/06  Global Solutions  408 E. 8th St. Wilmington, DE 19801   They never paid me. I was arrested before I was paid.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | Yes | (No) |
   | b. | Rent payments, interest or dividends | Yes | (No) |
   | c. | Pensions, annuities or life insurance payments | Yes | (No) |
   | d. | Disability or workers compensation payments | Yes | (No) |
   | e. | Gifts or inheritances | Yes | (No) |
   | f. | Any other sources | (Yes) | No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   I recieved money from friends and family for commisary. about $150.00. I don't know if anyone will send me anymore

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?    • • Yes    (• •No)

    If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    • • Yes    (• No)

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

    None

I declare under penalty of perjury that the above information is true and correct.

11/1/06                    Charles R. Burley
DATE                       SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                              Page 1 of 1

HRYCI
11/06/06 11:58
ST 007 / OPR JMH

SBI              :  141273
Resident Name    :  BURLEY, CHARLES
Time Frame       :  07/29/2006 14:07 - 11/06/2006 11:58    06-701

------------------------------------------------------------------------------
Date         Time    Type              ST    OPR     Receipt #      Amount      Balance
------------------------------------------------------------------------------

07/29/2006   14:07   Reopen             5    CCB     E16407          15.51       15.51
08/02/2006   05:49   Order              2    WLH     B126659          8.90        6.61
08/04/2006   09:18   Credit             3    WLH     C13671           8.90       15.51
08/07/2006   09:19   Add                8    bsf     H23252          30.00       45.51
08/07/2006   09:20   Add                8    bsf     H23253          50.00       95.51
08/11/2006   05:43   Order              2    WLH     B127985         42.51       53.00
08/11/2006   09:49   Credit            11    WLH     K154            42.51       95.51
08/16/2006   08:41   Order              2    DDT     B128940         50.90       44.61
08/18/2006   12:35   Add                4    SEA     D53091          25.00       69.61
08/22/2006   11:23   Order              2    DDT     B129641         45.83       23.78
08/30/2006   06:53   Order              2    WLH     B130826         23.67        0.11
09/08/2006   13:40   Credit             2    WLH     B131908         50.90       51.01
09/12/2006   09:30   Rec Payment        7    jmh     G10949           6.00       45.01
09/13/2006   09:00   Order              2    WLH     B132628         42.72        2.29
09/14/2006   13:27   Rec Payment       10    bsp     J5694            1.00        1.29
09/15/2006   10:49   Credit            11    DDT     K874             1.30        2.59
09/15/2006   10:50   Credit            11    DDT     K875             3.28        5.87
09/20/2006   09:26   Order              2    WLH     B133820          3.98        1.89
09/26/2006   09:23   Order              2    WLH     B134597          1.86        0.03
10/06/2006   10:29   Add                8    bsf     H24775          25.00       25.03
10/10/2006   12:50   Order              2    DDT     B136888         20.38        4.65
10/11/2006   08:47   Rec Payment       10    bsp     J5972            2.50        2.15
10/12/2006   14:33   Credit            11    DDT     K1372            1.53        3.68
10/16/2006   08:47   Rec Payment       10    bsp     J6261            1.00        2.68
10/23/2006   11:53   Rec Payment       10    bsp     J6388            2.50        0.18
10/25/2006   13:35   Add                4    SED     D57097          25.00       25.18
10/25/2006   13:56   Rec Payment       10    bsp     J6449            6.50       18.68
10/31/2006   07:32   Order              2    WLH     B139935         17.05        1.63
11/02/2006   12:49   Credit            11    DDT     K1742            1.05        2.68
```