IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES R. BURLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-701 SLR |
| | ) |
| RAFIEL WILLIAMS, | ) |
| DR. CONNOLY/CONLIN, | ) |
| WILLIAM JOYCE, AND DR. HERSHEY, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
JAN 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

I, Charles R. Burley, SBI #141273, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $11.37 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated __11/30__, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __1/16__, ~~2006~~.CRB
                    2007

__Charles R. Burley__
Signature of Plaintiff



Charles Burley #141243
HRYCI
1301 E. 12th St
Wilmington, DE
19801

WILMINGTON DE 197
18 JAN 2007 PM 3 L

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware

19801-3570