IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES R. BURLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-701-SLR |
| | ) |
| RAFIEL WILLIAMS and WILLIAM JOYCE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 23, 2007, the court entered an order requiring plaintiff to complete and return USM-285 forms for the remaining defendants and the Attorney General of the State of Delaware, but failed to give plaintiff a deadline to submit the forms;

WHEREAS, to date, none of the required USM-285 forms have been received from plaintiff;

WHEREAS, the United States Marshal cannot serve the complaint until all USM-285 forms are received by the clerk of the court

THEREFORE, at Wilmington this 30th day of August, 2007, IT IS HEREBY ORDERED that plaintiff shall submit the USM-285 forms within 30 days from the date of the order. Plaintiff is placed on notice that failure to timely submit the forms may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE