FILED
SEP 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

06-701

COMPLETED

Charles R. Burley
SBI #141273
Howard R. Young Correctional Facility
1301 E. 12th Street
Wilmington, DE 19801

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS





ded_nefreply@ded.uscourts.gov
09/17/2007 10:17 AM

To ded_ecf@ded.uscourts.gov
cc
bcc
Subject Activity in Case 1:06-cv-00701-SLR Burley v. Williams et al Exit USM 285 forms to U.S. Marshal

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 9/17/2007 at 10:17 AM EDT and filed on 9/17/2007
**Case Name:**          Burley v. Williams et al
**Case Number:**        1:06-cv-701
**Filer:**
**Document Number:**    No document attached

**Docket Text:**
Exit USM 285 forms for Attorney General of the State of Delaware, William Joyce and Rafiel Williams with copies of D.I. Nos. 2, 4, 8, 9 and Mag. Consent forms to U.S. Marshal for service. (fmt)

**1:06-cv-701 Notice has been electronically mailed to:**

**1:06-cv-701 Notice has been delivered by other means to:**

Charles R. Burley
SBI # 141273
Howard R. Young Correctional Facility
1301 E. 12th Street
Wilmington, DE 19801