From: Charles Barley

Civil Action # 06-701-SLR
SLR

Dear Mr. Clerk of the Court

    I like to say first of all I sent 3 usm 285's back in April/May. Secondly, I recieved this current order on or around Sept. 6 or 7th. 3rdly It took me until or around Sept 11th to get the USM-285's. I sent them out on Sept 11th I gave them to a C/O around 7:30 pm. So they should have been sent out the following day. Also prior to the law library personel giving me the usm-285's I had to let him copy the <u>order</u>. On any account I don't know why you didn't get the usm-285's back in April/May. Just in case you haven't gotten the USM-285's I sent out on the 11th of September I don't know what to do. Hopefully you have recieved them, if not please let me know what steps I can take to insure
over ⟶



RECEIVED

SEP 2 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

You recieve them. I really hope and pray the usm-285's have reached you. If they have please confirm with me that you recieved them. If not please let me know what We / I can do to insure they reach you in an approbiate time frame. Also I am no longer housed at HRYCI in Wilmington. I am currently at DCC in Smyrna, De 1181 Paddock Road, Smyran, DE 19977

Sincerely,
Charles R. Burley
Charles Burley SBI # 141273

Buck Bennifield

SBI# 154684   UNIT P-y

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE  19977

CA 06-701 SLR

Change
of Address

WILMINGTON DE 197
21 SEP 2007 PM 3 T

Office of the Clerk
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570

USA First-Class