IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES R. BURLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-701-SLR |
| | ) |
| RAFIEL WILLIAMS and | ) |
| WILLIAM JOYCE, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

At Wilmington this 20th day of November, 2007,

IT IS ORDERED that, on or before **December 19, 2007**, plaintiff shall show cause why defendant William Joyce should not be dismissed from the above captioned action for failure to provide sufficient information to effectuate timely service of process on said defendant pursuant to Federal Rule of Civil Procedure 4(m), or otherwise prosecute the matter. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANT FROM THIS ACTION.

_____
United States District Judge