**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| CHARLES R. BURLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-701-SLR |
| | ) | Jury Trial Demanded |
| RAFIEL WILLIAMS | ) | |
| and WILLIAM JOYCE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
OUT OF TIME PURSUANT TO FED. R. CIV. P. 6(b)(2)**

Defendant Raphael Williams, by and through undersigned counsel, respectfully moves this Honorable Court to enter an Order granting an enlargement of ten days within which to file a response to Plaintiff's Complaint.  In support of this motion, Defendant offers the following:

1.     On November 20, 2006, Plaintiff filed this Complaint.  (D.I.1).

2.     On or about October 9, 2007, Defendant Raphael Williams signed and returned a Waiver of Service with an answer due on December 4, 2007.  (D. I. 13).

3.     Defense counsel had anticipated being able to file an Answer by December 4, 2007.  Response to Plaintiff's Complaint requires the collection and review of records for an accompanying affidavit with Plaintiff's Answer.  In addition, the press of other litigation and its accompanying time constraints have created the need for more time to review records and draft the Defendant's Answer.

4.     Counsel has just received the necessary affidavit.  Counsel therefore requests an enlargement of ten (10) days from the December 4, 2007, deadline for filing a response until

today, December 14, 2007.

    5.     There is no trial date scheduled in this case.

    6.     A form of order is attached to this motion that will grant the Defendant a ten (10)

day extension from the December 4, 2007, deadline until today, December 14, 2007, in which to

file Defendant's response.

    WHEREFORE, the Defendant respectfully requests that this Honorable Court grant his

Motion and enter an Order, substantially in the form attached hereto, enlarging Defendant's time

until today, December 14, 2007, in which to file Defendant's *Answer to Complaint.*


                                        DEPARTMENT OF JUSTICE
                                        STATE OF DELAWARE

                                         /s/ Catherine Damavandi
                                        Catherine Damavandi, ID #3823
                                        Deputy Attorney General
                                        820 N. French St. 6th Fl.,
                                        Wilmington, DE 19801
                                        (302)577-8400
                                        Attorney for Defendant Raphael Williams
Dated:  December 14, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| CHARLES R. BURLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-701-SLR |
| | ) | Jury Trial Demanded |
| RAFIEL WILLIAMS | ) | |
| and WILLIAM JOYCE, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>O R D E R</u>

This _____ day of _____, 200__,  IT IS HEREBY ORDERED, that Defendant

Raphael Williams' *Motion for Enlargement of Time Out of Time* is **GRANTED** and, Defendant

Raphael Williams has filed simultaneously with this Motion his *Answer to Complaint*.


_____
The Honorable Sue L. Robinson
United States District Court Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| CHARLES R. BURLEY, | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | C.A. No. 06-701-SLR |
|  | ) | Jury Trial Demanded |
| RAFIEL WILLIAMS | ) |  |
| and WILLIAM JOYCE, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## 7.1.1 CERTIFICATION OF COUNSEL

     The counsel for Defendant Raphael Williams, Deputy Attorney General Catherine Damavandi, files this certification in compliance with Rule 7.1.1 of the Local Rules of Civil Procedure and certifies that:

    1.      Plaintiff is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

    2.      Since the Plaintiff is not able to be reached by telephone, counsel for the Defendant has spent no time in attempting to reach an agreement on the subject of the motion for enlargement of time.

    3.      She assumes the motion is opposed.

                  DEPARTMENT OF JUSTICE
                  STATE OF DELAWARE

                  _/s/ Catherine Damavandi_____
                  Catherine Damavandi, ID #3823
                  Deputy Attorney General
                  820 N. French St. 6th Fl.,
                  Wilmington, DE 19801
                  (302)577-8400
                  Attorney for Defendant Raphael Williams

Dated:  December 14, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| CHARLES R. BURLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-701-SLR |
| | ) | Jury Trial Demanded |
| RAFIEL WILLIAMS | ) | |
| and WILLIAM JOYCE, | ) | |
| | ) | |
| Defendants. | ) | |

### *CERTIFICATE OF SERVICE*

I hereby certify that on December 14, 2007, I electronically filed the attached *Motion for Enlargement of Time Out of Time* with the Clerk of Court using CM/ECF.  I hereby certify that on December 14, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

> Charles R. Burley
> SBI#141273
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

> STATE OF DELAWARE
> DEPARTMENT OF JUSTICE
>
> /s/ Catherine Damavandi____
> Catherine Damavandi, ID#3823
> Deputy Attorney General
> Department of Justice
> Carvel State Bldg., 6[th] Fl.,
> 820 N. French Street
> Wilmington, DE  19801
> Attorney for Defendant Raphael Williams