12/12/07

Charles R. Burley
Civ. No 06-701-SLR

I respectfully ask the court not to dismiss the case against William Joyce in the case Civ. No. 06-701-SLR.

Because of my limited resources and the way the DOC have been moving me around it has been hard for me to locate William Joyce. I tried to get his forward information from DOC and Correctional Medical Services. I tried to find the artical in the News Journal were he was in the article but I couldn't get the help I need to google the article. I have been able to get a phone book down here in Smyrna. So I'm asking the Court to give me access to an investigator, access to an attorney and to keep the case open against William Joyce until I can serve him.

I also have a feeling that I may want/need to amend this case to include CMS and the DOC but at this time I like to have access to the investigator, attorney and a decision to keep Mr Joyce included in the case.

Sincerely, Charles R. Burley
SBI 141273
12/12/07

FILED
DEC 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Re scanned



WILMINGTON DE 197
13 DEC 2007 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

U.S.N.S.
X-RAY

Charles Burley (06-701-SLR)
DCC 14,273
1181 Paddock Road
Smyrna, DE 19977