IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES R. BURLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-701-SLR |
| | ) | |
| RAFIEL WILLIAMS and WILLIAM JOYCE, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this ͻᵗʰ day of March, 2008, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Discovery**.  All discovery in this case shall be initiated so that it will be completed on or before **July 31, 2008.**

2. **Application by Motion**.  Any application to the Court shall be by written motion filed with the Clerk.  Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **September 1, 2008.**  Answering briefs and affidavits, if any, shall be filed on or before **October 1, 2008.**  Reply briefs shall be filed on or before **October 15, 2008.**

IT IS FURTHER ORDERED  that, having considered plaintiff's response to the court's order to show cause (D.I. 15, 18), plaintiff shall serve process on defendant

William Joyce by **July 31, 2008**. FAILURE TO COMPLY WITH THIS ORDER SHALL

RESULT IN DEFENDANT JOYCE'S DISMISSAL FROM THIS ACTION.


_____
United States District Judge