To U.S. District Court for the District of Delaware. My name is Charles R. Burley C.w. No. 06-701-SLR. On 6/26/2008 I was sent to the (Hole) Isolation for disciplinary reasons. Disciplinary report enclosed

Prior to going to the hole I was working on, and almost finished my discovery request, and it would have been about a 5 day turn around to recieve the copies that I would have need to send to Mr Williams. I had intended on sending them out no later then 7/5/08.

When I got out the hole a lot of my property was missing including the material I was using as a guide, my nearly finished discovery, all my stamps and envelopes and to make matters worst they've put (housing) me in the SHU, which is Solitary but we do have privileges to go to commisory and send out to the law library to get or material copied, to get forms etc... Furthermore they didn't bring my property including writting tablet and ink pen until 7/17/08

I'm currently working on my discovery but need forms from the law library which I'm waiting on. Which I here it can take a few weeks. I'm also waiting for the next commasary day to get stamps and envelopes to get the discovery out. I even need that material to send this letter out. Please extend me 30 days for the discovery

Sincerely, Charles R. B

P.S. Commissary isn't until 7/24/08

I/M Charles Burley
SBI# 141253  UNIT SHU
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
24 JUL 2008 PM 3 T

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570