7/24/08

To Clerk of U.S. District Ct          06-701

I forgot to put Disciplinary Report # in my extension letter to the Court. I would also like to comment and ask the court for duplicate info. My original copy of the law Suit has mysteriously come up missing, along with other important evidence that I had planned on using in the discovery. If at all posible can you send me a copy of the suit.

Sincerely,
Charles R. Burly
Civ. No. 06-701-SLR

I/M Charles Burley
SBI# 141293  UNIT SHU
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE
19801-3570

| Disciplinary# | JTVCC James T. Vaughn Correctional Center | Date: 06/26/2008 |
|---|---|---|
| 1042036 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | |

# DISCIPLINARY REPORT

| Disciplinary Type: Class1 | Housing Unit Bldg C | IR#: 1054991 |
|---|---|---|

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00141273 | Burley, Charles R | JTVCC | Bldg.B C Tier | 06/26/2008 | 09:50 |

**Violations:** 1.06/200.203 Disorderly or Threatening Behavior, 1.13 Fighting, 2.06/200.108 Failing to Obey an Order

**Witnesses:** 1. N/A    2. N/A    3. N/A

### Description of Alleged Violation(s)

On the above Date and approximate time Officer Craig Harms came to me (Sgt. Ralph Bailey) while I was running yard in. He informed me that he had Inmate Daniels, Julius 00232906 in the office. He also informed me that Inmate Daniels was in a fight. When I went into the office I noticed that Inmate Daneils had an approximately 1/2 inch cut over his right eye. He then stated that he was attacked by his cell mate Burley, Charles 00141273 and Inmate Johnson. Cory 00263562. I then notified Lt Welcome and unit 25. I had unit 25 escort Inmate Daniels to medical and briefed Lt Welcome. We then called Inmate Burley in the Office. He made a written statement and admiited to hitting Inmate Daniels. We then secured him in the old R/R and called Inmate Johnson In the office. He refused to make a statement and was sent back and secured in old R/R.

Lt. Notes: Captain Henry, and I both verbally interviewed, and took written statements from all 3 Inmates. It was determined based on the interviews, and written statements that there was mutual fighting that had taken place between all 3 Inmates. Per Captain Henry all 3 Inmates were seen by medical, and placed on isolation status. I then notified the Shift Commander, and processed, and submitted all associated paperwork.

**Reporting Officer:** Bailey, Ralph B (CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken

**Immediate action taken by:** Bailey, Ralph B -CO Corporal/Sgt. - Large Inst.

Referred To Mab

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No
**Reason:** N/A

**Disposition Of Evidence:** Written Statements Taken From Inmates

### Approval Information

**Approved:** [x]    **Disapproved:** [ ]    **Approved By:** Welcome, Michael (Staff Lt./Lt)
**Comments:** N/A

### Shift Supervisor Details

**Date Received:** 06/26/2008    **Time:** 11:18    **Received From:** Welcome, Michael

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Lt. Michael Welcome
Welcome, Michael (Staff Lt./Lt)

*Please Return*

Page 1 of 2

| Disciplinary# | JTVCC James T. Vaughn Correctional Center | Date: 06/26/2008 |
|---|---|---|
| 1042036 | Smyrna Landing Road SMYRNA DE, 19977 Phone No. 302-653-9261 | |

## DISCIPLINARY REPORT

**Disciplinary Type:** Class1     **Housing Unit** Bldg C     **IR#:** 1054991

I have received a copy of this notice on **DATE:** 06-26-08 **TIME:** 1200 and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** Lt. Welle
Welcome, Michael

**Offender:**
Burley, Charles R

| DR# 1042036 | JTVCC James T. Vaughn Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | Date: 06/26/2008 |

# NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

TO: Inmate: Burley, Charles R        SBI#: 00141273    Housing Unit: Bldg C

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
   How do you plead ? [ ] Guilty    [ X ] Not Guilty

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand
   b. Loss of one or more privileges for a period of time **of more than 24 hours but not to exceed 15 days.**

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period of time not to exceed 90 days.
   b. Confinement to assigned quarters for a period of time not to exceed 90 days.
   c. Isolation confinement for a period of time not to exceed 90 days.
   d. Loss of good time for a period of time not to exceed 90 days.
      (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the right in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested    **No**           Name of Counsel: ,

7. Confront accuser?    **Yes**

8. Witness requested?   **No**           Name of Witness: ,

I certify that on **06/26/2008** at **11:18** , I served upon the above inmate this notice of Disciplinary Hearing for Minor/Major Offense and the Disciplinary Report is attached hereto.

_____
(Employee's Signature & Title)
Welcome, Michael

I have received copies of 122 & 127 and understand my rights as Form # 127 has been read to me

_____
(Inmate's Signature)
Burley, Charles R

Page 1 of 2