OFFICE OF THE CLERK<br>
**UNITED STATES DISTRICT COURT**<br>
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 28, 2008

TO:  Charles R. Burley
     SBI # 141273
     James T. Vaughn Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

     **RE:  REQUEST FOR COPYWORK, C.A. NO. 06-701(SLR)**

Dear Mr. Burley:

    This is in response to your letter received on 7/25/08 requesting a copy of the complaint.

    Please be advised that the fee for copywork is fifty cents ($.50) per page.  **Should you require copywork in the future**, please be aware of this fee requirement.  Prepayment in the amount of $4.00 should be sent with your request, check or money order payable to Clerk, United States District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                 Sincerely,

/ead
                                        PETER T. DALLEO
                                        CLERK

cc:  The Honorable Sue L. Robinson