IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHARLES R. BURLEY,                    )
                                      )
            Plaintiff,                )
                                      )
      v.                              )  Civ. No. 06-701-SLR
                                      )
RAFIEL WILLIAMS and WILLIAM           )
JOYCE,                                )
                                      )
            Defendants.               )

**O R D E R**

At Wilmington this 8th day of August, 2008, plaintiff having filed a request for extension of time on July 25, 2008 (D.I. 22);

IT IS ORDERED that:

1. **Discovery**. All discovery in this case shall be completed on or before **October 1, 2008.**

2. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **November 3, 2008.** Answering briefs and affidavits, if any, shall be filed on or before **December 3, 2008.** Reply briefs shall be filed on or before **December 17, 2008.**

IT IS FURTHER ORDERED that, having considered plaintiff's response to the court's order to show cause (D.I. 15, 18), plaintiff shall serve process on defendant

William Joyce by **October 1, 2008**.  FAILURE TO COMPLY WITH THIS ORDER SHALL

RESULT IN DEFENDANT JOYCE'S DISMISSAL FROM THIS ACTION.

_____
United States District Judge