06-701 (SLR)

Please send me a copy of my original Civil Suit application/Forms Charles Burley; plaintiff v. Rafiel Williams and William Joyce; Defendants Civ. No. 06-701-SLR Thier should be a $4.00 chenck enclosed.

Thank You,
Charles R. Burley

Charles Burley #141243
JTVCC
1181 Paddock Road
Smyrna, DE 19977



FILED
AUG 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

I/M Charles Burley
SBI# 141273 UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M. X-RAY

Civ. No 06-701-SLR

U.S. District Court District of DE
Office of the Clerk
844 N. King St. Lockbox 18
Wilmington, DE 19801-3570