OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 18, 2008

TO:  Charles R. Burley
     SBI # 141273
     James T. Vaughn Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

     **RE:  REQUEST FOR COPYWORK, C.A. NO. 06-701(SLR)**

Dear Mr. Burley:

     This is in response to your letter received on 8/15/08 requesting a copy of the complaint. Enclosed please find a copy of the complaint, receipt # 153109.

     Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Sue L. Robinson
enc: DI #2 (Complaint)_